IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AIMEE AXELROD,

    Plaintiff,

v.

ORGANON USA, INC., *et al.*,

    Defendants.

                                    /

No. C 13-00117 SI

**ORDER OF RECUSAL**

    I hereby recuse myself in the above entitled related matters and request that these cases be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: January 17, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE