**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE AXELROD, | No. C 13-00117 SI |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| ORGANON USA, INC., *et al.*, | |
| Defendants. / | |

I hereby recuse myself in the above entitled related matters and request that these cases be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: January 17, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE